**FILED**

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0539

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0539

RAS JAHMIKES MATTA,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Plaintiff and Appellee.

**FILED**

NOV 02 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Ras Jahmikes Matta moves this Court for appointment of counsel in his appeal. Matta provides that he was convicted of a crime. He states that he is indigent and that he cannot afford an attorney. Matta believes that he meets the eligibility requirements for the appointment of counsel.

Matta appeals an October 14, 2021 Yellowstone County District Court's denial of his petition for postconviction relief. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Matta represented himself in the District Court. Matta has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Matta's Motion for Court Appointed Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ras Jahmikes Matta with a copy of this Court's Appellate Handbook.

DATED this 2nd day of November, 2021.

For the Court,

By _____
Chief Justice